THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE MASONRY SECURITY PLAN OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>    v.<br><br>NORTH AMERICAN TERRAZZO, INC. and RUBENSTEIN'S CONTRACT CARPET, LLC,<br><br>Defendants. | CASE NO. C18-0538-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the mediator's notice that the parties have settled the case (Dkt. No. 14). Within 30 days of the issuance of this order, the parties are ORDERED to file a stipulated dismissal. The Clerk is DIRECTED to terminate all pending case management deadlines and CLOSE the case for statistical purposes only.

DATED this 10th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk