THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE MASONRY SECURITY PLAN OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN TERRAZZO, INC., and RUBENSTEIN'S CONTRACT CARPET, L.L.C.,<br><br>Defendants. | CASE NO. C18-0538-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

*//*

*//*

*//*

*//*

MINUTE ORDER
C18-0538-JCC
PAGE - 1

1       DATED this 4th day of June 2019

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk